UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. 3:05-CR-118 |
| | ) | JUDGES JORDAN/GUYTON |
| JOSH CRITTENDEN | ) | |

**O R D E R**

On the petition of the United States of America by Harry S. Mattice, Jr., United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Chief Jailer, Blount County Jail, 920 E. Lamar Alexander Parkway, Maryville, Tennessee, 37804, to bring Josh Crittenden, date of birth 01/01/83, before this Court at Knoxville, Tennessee, on the 2nd day of November, 2005, at 2:00 p.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Chief Jailer, Blount County Jail, Maryville, Tennessee.

And it is further ordered that, in the event the Chief Jailer, Blount County Jail, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to

receive said Josh Crittenden into his custody and transport him to and from said Blount County Jail, Maryville, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

s/ H. Bruce Guyton
United States Magistrate Judge