UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )
                                     )     Nos. 3:05-CR-118
V.                                   )           3:08-CR-22
                                     )      (PHILLIPS / GUYTON)
JOSHUA CRITTENDEN,                   )
                                     )
                 Defendant.          )

## AMENDED ORDER OF
## DETENTION PENDING HEARING

The above-named defendant was scheduled for a final revocation hearing before The

Honorable Thomas W. Phillips, United States District Judge on January 25, 2010 at 2:00 p.m. This

hearing has been reset to **January 27, 2010 at 10:00 a.m.** before The Honorable Thomas W.

Phillips, United States District Judge.

Accordingly, **IT IS ORDERED**:

1.      Defendant shall be detained pending his final revocation hearing;

2.      Defendant shall be held by the United States Marshal pending the above
scheduled hearing and shall be produced at such time and place for his hearing; and

3.      A final revocation hearing is scheduled to commence before The Honorable
Thomas W. Phillips, United States District Judge, on **January 27, 2010 at 10:00
a.m.**

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge